```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
JP MORGAN CHASE BANK, N.A.

        Plaintiff,              Civil Action No. 09-2704WJM

v.
                                ORDER OF DISMISSAL
COVERALL NORTH AMERICA,
et als

        Defendants.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 5th day of August, 2009

ORDERED that the above matter is dismissed; a Stipulation of Dismissal shall be submitted for filing by the parties.

s/William J. Martini

_____
WILLIAM J. MARTINI, U.S.D.J.